**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7772**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

DAMIAN G. BEY,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:03-cr-00252-BR-1)

_____

Submitted:  March 22, 2010            Decided:  April 8, 2010

_____

Before KING, GREGORY, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Damian G. Bey, Appellant Pro Se.  Ethan A. Ontjes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damian Giovanni Bey appeals a district court order denying his motion for a sentence reduction filed under 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Bey, No. 5:03-cr-00252-BR-1 (E.D.N.C. Aug. 27, 2009). We also deny Bey's motion to hold his appeal in abeyance pending the United States Supreme Court's decision in United States v. Dillon, No. 09-6338. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED